UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BRITISH MARINE PLC,

                Plaintiff,

- against -

BELARUSSIAN SHIPPING CO., TRASER
ALLIANCE LTD., DEKKER LIMITED,
FORSBERG AND CO. LLP and
RIMEX LTD. C/GT GROUP LTD.,

                Defendants.
-----------------------------------------------------------X



JUDGE HAIGHT
07 CV 10615
ECF CASE

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:    NONE.

Dated: November 27, 2007
       New York, NY

                                    The Plaintiff,
                                    BRITISH MARINE PLC

                                    By: _____
                                    Charles E. Murphy CM 2125
                                    Patrick F. Lennon
                                    Kevin J. Lennon
                                    LENNON, MURPHY & LENNON, LLC
                                    The Gray Bar Building
                                    420 Lexington Avenue, Suite 300
                                    New York, NY 10170
                                    (212) 490-6050 - phone
                                    (212) 490-6070 - fax
                                    cem@lenmur.com
                                    pfl@lenmur.com
                                    kjl@lenmur.com

No. 27. Case 1:07-cv-10615-CSH Document 2 Filed 11/27/2007 Page 1 of 1