Nov. 27. 2007 2:16PM    Lennon, Murphy & Lennon LLC                  No. 2909   P. 2
Case 1:07-cv-10615-CSH    Document 5    Filed 11/30/2007    Page 1 of 1

HAIGHT, J.

| UNITED STATES DISTRICT COURT | |
|---|---|
| SOUTHERN DISTRICT OF NEW YORK | **JUDGE HAIGHT** |
| ------------------------------X | **07 CV 10615** |
| BRITISH MARINE PLC, | 07 CV _____ |
| Plaintiff, | ECF CASE |
| - against - | |
| BELARUSSIAN SHIPPING CO., TRASER ALLIANCE LTD., DEKKER LIMITED, FORSBERG AND CO. LLP and RIMEX LTD. C/GT GROUP LTD., | USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 11-30-07 |
| Defendants. | |
| ------------------------------X | |

**ORDER APPOINTING SPECIAL PROCESS
SERVER PURSUANT TO F.R.C.P. RULE 4(c)**

An application having been made by counsel for Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

NOW, on reading and filing the Affidavit of Kevin J. Lennon, sworn to on November 27, 2007, and good cause shown having been shown, it is hereby

ORDERED that Patrick F. Lennon, Kevin J. Lennon, Charles E. Murphy, Nancy Peterson or any other partner, associate, paralegal or agent of Lennon, Murphy & Lennon, LLC, including Gotham Process Servers, be, and is hereby, appointed, in addition to the United States Marshal, to serve the Process of Attachment and Garnishment and the Verified Complaint, together with any interrogatories, upon the garnishee(s), together with any other garnishee(s) who (based upon information developed subsequent hereto by the Plaintiff) may hold assets of, for or on account of, Defendants.

Dated: New York, NY
       November 27, 2007

                                           _____
                                                   U.S.D.J.

                              11/29/07