UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
BRITISH MARINE PLD.

          Plaintiff,

  - against -

BELARUSSIAN SHIPPING CO., TRASER
ALLIANCE LTD., DEKKER LIMITED
FORSBERG AND CO. LLP. And RIMEX
LTD. C/GT GROUP LTD.,

          Defendants.
------------------------------------------------------X

07 CV10615 (CH)
ECF CASE

**RESTRICTED APPEARANCE**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure E(8) of the Supplemental Rules for Certain Admiralty and Maritime Claims, the Defendants, Dekker Limited and Rimex Ltd. C/GT Group Ltd. hereby appear pursuant to Rule E (8), "Restricted Appearance" in the above-captioned action and that the undersigned has been retained as attorneys for the Defendants and demands that a copy of all pleadings and papers in this action be served upon the undersigned at the office address stated below.

Dated: New York, New York
      December 14, 2007

Respectfully,
TISDALE LAW OFFICES,

By: _____
Claurisse Campanale-Orozco (CC3581)
Lauren C. Davies (LD 1980)
11 West 42nd Street, Suite 900
New York, NY 10036
Tel.: 212-354-0025
Fax: 212-869-0067
corozco@tisdale-law.com
ldavies@tisdale-law.com