UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

BRITISH MARINE PLC,

            Plaintiff,

- against -

BELARUSSIAN SHIPPING CO., TRASER
ALLIANCE LTD., DEKKER LIMITED
FORSBERG AND CO. LLP. and RIMEX
LTD. C/GT GROUP LTD.,

            Defendants.
-----------------------------------------------------------X

07 CV10615 (CSH)
ECF CASE

**CONSENT ORDER**

    It is hereby stipulated and agreed between the parties, by their undersigned attorneys, that the funds that are currently under attachment in this action are to be released. The garnishee bank(s) are hereby instructed to release the attached funds pursuant to joint instructions to be provided by letter and signed by the undersigned counsel. The payment of the released funds by the garnishee bank(s) shall not be subject to any further attachment in New York after those funds are released by the garnishee bank(s).

The Plaintiff
BRITISH MARINE PLC.

By: _____
Kevin J. Lennon
LENNON, MURPHY & LENNON LLC
420 Lexington Avenue, Suite 300
New York, NY 10170
(212) 490-6050
(212) 490-6070
klennon@lenmur.com

The Defendants
DEKKER LIMITED and RIMEX
LTD. C/GT GROUP LTD.

By: _____
Thomas L. Tisdale (TT 5263)
TISDALE LAW OFFICES, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
(212) 354-0025 – phone
(212) 869-0067 – fax
Ttisdale@Tisdale-Law.com

SO ORDERED: 12/19/07

_____
Honorable Charles Haight, U.S.D.J.