```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01-17-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRITISH MARINE PLC,                    :    07 CV 10615 (CSH)
                                       :
           Plaintiff,                  :    ECF CASE
                                       :
       - against -                     :    STIPULATION
                                       :    OF DISMISSAL
BELARUSSIAN SHIPPING CO., TRASER       :
ALLIANCE LTD., DEKKER LIMITED          :
FORSBERG AND CO. LLP. and RIMEX        :
LTD. C/GT GROUP LTD.,                  :
                                       :
           Defendants.                 :
------------------------------------------------------------X

WHEREAS the parties have come to an agreement on the issue of security for the Plaintiff's claims against the Defendant BELARUSSIAN SHIPPING CO.; and

WHEREAS the Consent Order previously issued in this case has been fully carried out with the garnishee banks in that all of the Defendants' funds known to have been restrained in the District have been released;

WHEREAS any other of Defendants' funds restrained within this District, if any, which have been restrained pursuant to the Process of Maritime Attachment and Garnishment issued in this matter, at any other garnishee(s), shall be forthwith be released;

**IT IS NOW HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

This action is now dismissed without prejudice and without costs as to any party.

Dated: January 15, 2008
New York, NY

| | |
|---|---|
| The Plaintiff<br>BRITISH MARINE PLC | The Defendants<br>DEKKER LIMITED and RIMEX<br>LTD. G/GT GROUP LTD. |
| By: /s/ Kevin J. Lennon | By: /s/ Lauren C. Davies |
| LENNON, MURPHY & LENNON LLC<br>420 Lexington Avenue, Suite 300<br>New York, NY 10170<br>(212) 490-6050 – phone<br>(212) 490-6070 – fax<br>klennon@lenmur.com | TISDALE LAW OFFICES, LLC<br>11 West 42nd Street, Suite 900<br>New York, NY 10036<br>(212) 354-0025 – phone<br>(212) 869-0067 – fax<br>ldavies@tisdale-law.com |

SO ORDERED: 01/17/08

/s/
U.S.D.J.

2